In the United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Zeus Law Associates, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. _____ |
| | § | |
| Ace Oilfield Supply, Inc. | § | |
| and Paul D. Waters, | § | |
| | § | |
| Defendants. | § | |

**<u>Original Complaint</u>**

To the Honorable Judge and Jury of Said Court:

Comes now Zeus Law Associates, Plaintiff herein, who makes and files this, its Original Complaint complaining of and about Ace Oilfield Supply, Inc. and Paul D. Waters, Defendants herein, and in support whereof would respectfully show unto the Honorable Court as follows:

I.
<u>Parties</u>

1.    Zeus Law Associates a general partnership in, and a citizen of, the Republic of India, and which may be contacted through its undersigned attorney of record.

2.    Ace Oilfield Supply, Inc. was a Texas business corporation and a corporate citizen of Texas, was voluntarily dissolved on November 30, 2020 by Paul D. Waters. Before its dissolution, Zeus Law Associates did not receive written notice of the dissolution. Ace

1

Oilfield Supply, Inc. therefore continues in existence as an entity for purposes of this lawsuit, Tex. Bus. Org. Code § 11.359; Tex. R. Civ. Pro. 29, and may be served with process by serving Paul D. Waters, its President, with process at his residence address, 10310 County Road 321, Sweeny, Texas 77480, or anywhere he may be found, if necessary.

3.      Paul D. Waters is an individual who is a citizen of the State of Texas. Waters may be served with process at his residence address, 10310 County Road 321, Sweeny, Texas 77480, or anywhere he may be found, if necessary.

## II.
## Jurisdiction, Venue and Conditions Precedent

4.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2), its alienage jurisdiction, due to the complete diversity of national citizenship between the parties, and because the amount in controversy exceeds $75,000.

5.      Venue is proper in the Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to these claims all occurred in Brazoria County, Texas, which is located in the Southern District of Texas.

6.      Zeus Law Associates affirmatively avers that all condition precedents to the filing of this suit have taken place, or else have been waived.

## III.
## Statement of Facts/Actionable Conduct

7.      Zeus Law Associates is a law firm practicing in India. Paul Waters's business Ace Oilfield Supply became involved in litigation in India, bringing suit against (among other

2

parties) Oil Tools International Pvt. Ltd., an Indian company, before the National Company Law Tribunal in Mumbai, India. Paul Waters individually requested Zeus Law Associates to represent Ace Oilfield Supply's interests in this case, and agreed to pay Zeus Law Associates for the work it did on the case pursuant to a fee schedule it provided. A true and correct copy of Paul Waters' agreement and the agreed-upon fee schedule of Zeus Law Associates is attached hereto as Exhibit A, and is incorporated herein by reference as if set forth at length.

8.      Paul D. Waters is the President and principal of Ace Oilfield Supply. Waters is the individual who hired Zeus Law Associates, and it was with Waters that Zeus Law Associates deal, exclusively. *Id*.

9.      Zeus Law Associates provided all of the services necessary to represent Ace Oilfield Supply in this Indian litigation, and billed Ace Oilfield Supply for its services in accordance with the agreement between the parties. A true and correct copy of the bills sent by Zeus Law Associates to Ace Oilfield Supply are attached hereto as Exhibit B, and incorporated herein by reference as if set forth at length.

10.     Waters and Ace Oilfield Supply failed and refused to pay all these bills, and currently owes Zeus Law Associates the sum of $122,106 (excluding interest) for work done and expenses incurred as of July 31, 2021.

11.     When Zeus Law Associates contacted Waters regarding the unpaid bills, Waters agreed that the sums sought were due, and said that he would pay them. Waters then sent

3

Zeus Law Associates a personal check for $104,100.18 which was due as of February 5, 2020, but when Zeus Law Associates tried to negotiate this check it bounced. A true and correct copy of Water's bounced check is attached hereto as Exhibit C, and incorporated herein by reference as if set forth at length.  Waters made promises to pay this amounts, and requested additional services.

12.    Demand was sent to Ace Oilfield Supply and Waters before this suit was filed. A true and correct copy of the demand letter is attached hereto as Exhibit D, and incorporated herein by reference as if set forth at length.

IV.
First Cause of Action:
Sworn Account

13.    The facts set forth above state a claim in favor if Zeus Law Associates and against Waters and Ace Oilfield Supply on a sworn account under Texas law. This claim on account is supported by the unsworn declaration of the agent of the Plaintiff, attached hereto as Exhibit E.

V.
Second Cause of Action:
Breach of Contract

14.    The facts set forth above state a claim in favor if Zeus Law Associates and against both of the Defendants for breach of contract under Texas law. Zeus Law Associates had an agreement with Waters and Ace Oilfield Supply that was breached when the defendants failed to pay the amounts due to Zeus Law Associates for legal work. Since

4

Waters hired Zeus  Law Associates he agreed to be personally responsible for the performance thereof when he agreed to pay Zeus Law Associates the amounts due under the agreement.

## VI.
## Third Cause of Action:
## Suit on Guaranty

15.    In the alternative, Zeus Law Associates states that the facts set forth above state a cause of action against Waters for the enforcement of a guaranty of the obligations of Ace Oilfield Supply under the main purpose doctrine. Zeus Law Associates avers that the main purpose of Waters' promise to pay the amounts due to it for work done for Ace Oilfield Supply was to secure his own personal benefit, and so Waters can be personally liable to Zeus Law Associates for the debts of Ace Oilfield Supply, even in the absence of a signed writing.

## VII.
## Attorney's Fees

16.    Zeus Law Associates seeks the recovery of its reasonable and necessary attorney's fees, pursuant to Tex. Civ. Prac. & Rem. Code § 38.001(8).

17.    Wherefore, premises considered, Zeus Law Associates prays that Defendants be cited to appear, and that after final trial, it have judgment against them in the amount of $122,106.00 (excluding interest) as of July 31, 2021.

18.    Zeus Law Associates prays for recovery of its reasonable and necessary attorney's

5

fees, and of pre- and post-judgment interest at the highest legal or contractual rates and costs of court.

19.    Zeus Law Associates prays for such other and further relief, general or special, in law or in equity, to which it may prove itself to be justly entitled.

Respectfully submitted,

The Singhal Law Firm

*/s/ Dinesh H. Singhal*
Dinesh H. Singhal
Texas Bar No. 24003383
Southern Dist. No. 21945
dinesh@singhallaw.com
712 Main Street, Suite 1500
Houston, Texas 77002
Tel: 713.222.8500

Attorney for Plaintiff

6