In the United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Zeus Law Associates, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:23-cv-00001 |
| | § | |
| Ace Oilfield Supply, Inc. | § | |
| and Paul D. Waters, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF ZEUS LAW ASSOCIATES REQUEST FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff Zeus Law Associates request that the clerk of this Court enters default against Defendants Ace Oilfield Supply, Inc. and Paul Douglas Waters and that the Court then render a default judgment against Defendants Ace Oilfield Supply, Inc. and Paul D. Waters.

1. Plaintiff filed this lawsuit on January 2, 2023, against Defendants Ace Oilfield Supply, Inc. and Paul Douglas Waters, its former clients, for unpaid invoices for attorney fees and costs incurred on their request.

2. On April 14, 2023, Pursuant to the Court's April 13, 2023 Order for substituted service, Defendants were served with a summons and a copy of Plaintiff's complaint by several means, as detailed in the affidavit of service

[#7]. A copy of the executed return of service is attached as Exhibit A and incorporated herein by reference.

3. Defendants were required to file an answer by May 5, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A) (answer due within 21 days after service). As of the date of this motion, Defendants have still not filed or served an answer or any other document in this case. (See Exhibit B.) Nor have they otherwise appeared in this case or taken any other action in defense of Plaintiff's claims.

4. Therefore, Plaintiff is entitled to entry of default and a default judgment against Defendants because they have "failed to plead or otherwise defend" against Plaintiff's claims for affirmative relief. Fed. R. Civ. P. 55(a).

5. Defendant Paul Douglas Waters is not a minor or an incompetent person. The defendant is not in military service. *See* 50 U.S.C. app. §521(b)(1); Fed. R. Civ. P. 55(b)(1), (e). A declaration concerning Defendant' Paul Douglas Waters' military status is attached as Exhibit C and incorporated by reference.

6. Defendant Acefield Oil Supply, Inc. is a Texas business corporation and a corporate citizen of Texas, which was voluntarily dissolved on November 30, 2020, by Defendant Paul Douglas Waters.  As a dissolved corporation, Acefield Oil Supply, Inc is not a minor or an incompetent person; is not in

military service, as outlined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, Protection of Servicemembers Against Default Judgments. *Id.*

7. Because Defendant did not file a responsive pleading or otherwise defend this suit, he is not entitled to notice of entry of default. Fed. R. Civ. P. 55(a); *see Key Bank v. Tablecloth Textile Corp.*, 74 F.3d 349, 352-53 (1st Cir. 1996).

8. Plaintiff seeks liquidated damages in the amount of at least $122,106 (excluding interest) as of July 31, 2021, as established by Plaintiff's declaration attached hereto as Exhibit D and incorporated by reference. In addition, Plaintiff seeks reasonable and necessary attorney fees and expenses in the amount of at least $58,930 plus conditional post-judgment attorney fees and expenses, as established by the supporting declaration of Dinesh H. Singhal, attached hereto as Exhibit B and incorporated by reference. If the Court finds this evidence insufficient to establish liquidated damages and/ or attorney fees and expenses, Plaintiff requests an evidentiary hearing to present evidence in support thereof.

9. For these reasons, Plaintiff asks the clerk to enter a default against Defendant and for the Court to grant Plaintiff's motion for default judgment and render judgment against the Defendants, jointly and severally, in favor of Plaintiff for the amount of at least $122,106 plus attorney fees, costs, pre- and post-judgment interest, and all other just relief.

Respectfully submitted,

The Singhal Law Firm

*/s/ Dinesh H. Singhal*
Dinesh H. Singhal
dinesh@singhallaw.com
712 Main Street, Suite 1500
Houston, Texas 77002
Tel: 713.222.8500

Attorney for Plaintiff Zeus Law Associates