Case 4:23-cv-00001   Document 15   Filed on 07/17/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ZEUS LAW ASSOCIATES,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-00001** |
| § | |
| **PAUL D. WATERS,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER FOR DEFAULT JUDGMENT

Plaintiff Zeus Law Associates' Motion for Default Judgment is **GRANTED IN PART.**

The Court finds that Paul Douglas Waters & Ace Oilfield Supply, Inc., Defendants herein, despite being duly served, have defaulted in this action by failing to appear and answer. The Court, therefore, **RENDERS JUDGMENT** and **ORDERS** that final default judgment is entered in favor of Plaintiff Zeus Law Associates against Defendants Paul Douglas Waters and Ace Oilfield Supply, Inc., jointly and severally, as follows:

1. Plaintiff shall recover actual damages in the amount of $122,106.

2. Plaintiff shall recover prejudgment interest on the actual damages awarded at the rate of 5.36% per annum from April 17, 2022, until the date of this judgment.

3. Plaintiff shall recover post-judgment interest at the rate of 5.36% per annum on the total judgment from the date of judgment until paid.

4. Plaintiff shall recover reasonable and necessary attorney fees and expenses of $25,000.00 for services rendered through this judgment.

5. Taxable costs are assessed against Defendants.

6. Plaintiff's request for post-judgment enforcement and collection fees and conditional fees are **DENIED WITHOUT PREJUDICE**.

It is further **ORDERED** that the Defendants and their agents must comply with all reasonable and necessary post-judgment discovery requests served by Plaintiff to trace Defendants' property, any proceeds thereof, or to secure satisfaction or enforcement of this judgment.

It is further **ORDERED** that all writs and processes for the enforcement and collection of this judgment may issue as necessary. All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims and is a final appealable judgment.

**IT IS SO ORDERED**.

Signed at Houston, Texas on July 17, 2023.

_____
Keith P. Ellison
United States District Judge